ROBERT G. COOK & others *vs.* LUCINDA W. G. COOK.[*]

A widow to whom two distinct estates are set off for dower cannot take firewood from one of them for use upon both.

ACTION OF TORT for waste, brought by the heirs of Robert G. Cook of Northfield against his widow, to whom was set off for her dower his homestead in the village of Northfield; certain pasture and meadow land; and the Walton Farm of one hundred and thirty acres, including woodland, pasturage, meadow and tillage land, with a house and barn, and which has been leased both before and since the death of the defendant's husband, and from which the tenant has always obtained his firewood. Since her husband's death the widow also has obtained from this farm her firewood, for use at the homestead; and the question whether she had a right so to do was submitted to the decision of the court upon the above facts.

*G. T. Davis,* for the plaintiffs, cited *Bowles's case,* 11 Co. 82; *Darcy* v. *Askwith,* Hob. 234; *White* v. *Cutler,* 17 Pick. 248; *Padelford* v. *Padelford,* 7 Pick. 152; *Fuller* v. *Wason,* 7 N. H. 341; *Miles* v. *Miles,* 32 N. H. 147; *Elliot* v. *Smith,* 2 N. H. 430; 1 Cruise Dig. (Greenl. ed.) tit. 3, *c.* 1, § 17, note; 4 Kent Com. (6th ed.) 73.

*J. Wells,* for the defendant. The measure of the widow's right to take firewood is what is necessary " for the supply of the dower estate." *White* v. *Cutler,* 17 Pick. 252. She is entitled to estovers for herself and her servants in reasonable quantities. The fitness of this dower estate for occupation by a subtenant, and its previous use in that mode by the owner of the fee, make the taking of the firewood by the subtenant in the usual manner, in addition to fuel for the widow's own fire, consistent with " its proper use, occupation and enjoyment." *White* v. *Cutler,* above cited. Co. Lit. 41 *b.* Bac. Ab. Waste, C 2. Taylor on Landl. & Ten. (2d ed.) 225–228. Smith on Landl.

---

[*] This and the following cases for this term were argued at Boston in January 1859, before SHAW, C. J., DEWEY, METCALF, BIGELOW and MERRICK, JJ.

& Ten. (Amer. ed.) 192, note. *Gardiner* v. *Dering*, 1 Paige, 573. The use of the wood upon another parcel of the dower estate did not exceed the widow's right. *Padelford* v. *Padelford*, 7 Pick. 152. *Owen* v. *Hyde*, 6 Yerg. 334.

SHAW, C. J. The Walton Farm was an entire and distinct estate, used together and consisting of dwelling-house, homestead, arable, mowing and woodland; this was set off to the widow. The right to firewood attaches as a right to sufficient wood to be used on that estate, whether occupied by the widow herself or let to others. But we are of opinion that the widow had no right to take firewood for her own use, in another and distinct village estate, although included in the assignment of dower. *Judgment for the plaintiffs.*